IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KENDRICK C. STORY                                                                 PLAINTIFF

V.                                              CASE NO. 07-CV-1031

JOE STRICKLAND, Chief
Deputy, Ouachita County Sheriff's
Office; MR. NORWOOD, Ouachita
County Sheriff's Office; and
CHRIS GILL, Deputy, Ouachita
County Sheriff's Office                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 29, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 32). Judge Bryant recommends that Defendants' motion for summary judgment (Doc. 27) be granted and that this case be dismissed with prejudice  The Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Accordingly, Defendants' motion for summary judgment (Doc. 27) is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of February, 2009.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge